AO 91 (Rev. 11/11) Criminal Complaint     SAUSA M. Claire Nicholson (312) 697-4073

INTAKE
DEC 4 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KENNETH E. JONES

CASE NUMBER:

19 CR 908

MAGISTRATE JUDGE HARJANI

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 18, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person and presence of a bank employee approximately $200 in United States currency belonging to and in the care, custody, control, management, and possession of the Citibank located at 100 South Michigan Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

ALEXIS FIGUEROA
Special Agent, Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: December 4, 2019

*Judge's signature*

City and State: Chicago, Illinois

Sunil R. Harjani, U.S. Magistrate Judge
*Printed name and Title*

FILED
DEC 0 4 2019
MAGISTRATE JUDGE
SUNIL R. HARJANI

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS | ss

### AFFIDAVIT

I, ALEXIS FIGUEROA, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since July 2015. I am currently working as part of the FBI Chicago Violent Crimes Task Force. My current responsibilities are to investigate violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that KENNETH E. JONES has violated Title 18, United States Code, Section 2113(a).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging JONES with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and information that appears in law enforcement records, interviews of witnesses, my review of surveillance videos and

photographs, and my training and experience, as well as the training and experience of other law enforcement agents.

## I. FACTS SUPPORTING PROBABLE CAUSE

5. In summary, and as described further below, based on video surveillance images, witness interviews, law enforcement surveillance, and information obtained from law enforcement databases, there is probable cause to believe that KENNETH E. JONES robbed the Citibank located at 100 South Michigan Avenue, Chicago, Illinois, on November 18, 2019.

### November 18, 2019 Robbery of Citibank

6. According to video surveillance images provided by Citibank, at approximately 9:10 a.m. on November 18, 2019, a black male individual wearing white shoes, dark-colored pants, a blue jacket with white fur on the collar, a dark-colored hooded garment underneath the jacket with the hood on, and a black drawstring backpack (the "robber") entered the Citibank located at 100 S. Michigan Avenue, Chicago, Illinois and robbed the bank. Citibank is located on the corner of Michigan Avenue and Monroe Street.

7. According to the surveillance images, at approximately 9:08 a.m., the robber entered the Citibank vestibule and removed a garment covering his face. The robber is wearing white shoes, dark-colored pants, a blue jacket with white fur on the collar, a dark-colored hooded garment underneath the jacket with the hood on, and a black drawstring backpack.



8. The image below shows the robber with a black drawstring backpack with white lettering on the outside.



9. At approximately 9:08 a.m., the robber entered the bank lobby.

3



11/18/2019 09:08:49.73
PVM
Surveillance
IL044DVR1

10. At approximately 9:08 a.m., the robber entered the customer line and approached the teller counter with a white piece of paper in his hand. Teller A[1] was sitting at the teller counter where the robber approached, and Teller B was on the far left side of the counter. According to the surveillance video timestamp, the robber entered the bank and approached the customer line in less than one minute.



11/18/2019 09:08:56.39
Lobby
Surveillance
IL044DVR1

11. According to Teller A, the robber entered the Citibank wearing a black face mask and removed the mask once inside the bank lobby. Teller A could see a

---

[1] The depiction of the bank employees has been redacted to protect their privacy.

4

white piece of paper in the robber's hand when the robber approached the customer line and Teller A's counter. The robber approached Teller A's counter and stated something to the effect of, "I need $1,000." Teller A responded that he did not have $1,000.

12. The surveillance image below shows the robber approach Teller A's counter.



11/18/2019 09:10:14.49
Teller 2
Surveillance
IL044DVR1

13. According to Teller A, after the robber made a demand for $1,000, Teller A pressed the silent alarm button to which the robber responded, "I know you have to do that." When Teller A told the robber that he only had $300 in funds available, the robber responded something to the effect of, "I'll take it." Teller A then told the robber if he wanted the money that he had to give Teller A the note, and the robber handed Teller A the note. Teller A then removed $200 from his drawer and handed it to the robber. The surveillance image below shows Teller A hand the robber the money.

5



14. According to Teller A, robber took the $200 and left the bank.

15. According to my review of the demand note left by the robber with Teller A, the note was hand written and stated, "I need a $1000 from your register." A copy of the note recovered from the scene is shown below.



16. The surveillance images below show the robber exiting the bank without a black mask or gloves on and headed westbound on Monroe Street.

6



17. According to Teller A, the robber was a black male, in his mid-20s, approximately 5'10" to 5'11" in height, and approximately 150 to 160 pounds. The robber was wearing a dark gray or black-colored hooded sweatshirt underneath a blue jean jacket with a fuzzy cotton collar, white shoes, a "spaghetti strap" backpack, a black scarf or face mask covering the bottom of his face, and not wearing gloves.

18. Teller B was also working at Citibank the morning of the robbery. According to Teller B, at approximately 9:10 a.m., Teller B was standing near Teller A at the teller counter when the robber approached. Teller B observed the robber approach Teller A's counter, and heard Teller A say to the robber something to the effect of, "If you're robbing me, I need to see a note" and "I am going to push the button." Teller B then heard the robber tell Teller A not to push the button.

19. Teller B saw the robber hand over a note to Teller A and Teller A hand money over to the robber. Teller B then saw the robber run out of the bank and head westbound on Monroe Street.

7

20. According to Teller B, the robber was a black male, in his mid-20s, with a thin build, approximately 5'9" in height, wearing a jean jacket with fur around the collar, something black around his neck, white shoes, and no gloves or hat.

21. Audit documentation provided by Citibank showed that $200 was taken out of Teller A's drawer during the robbery. In addition, documentation provided by Citibank showed that on November 18, 2019, Citibank's deposits were insured by the Federal Deposit Insurance Corporation.

## The Identification of JONES as the Robber

22. According to video surveillance images obtained by law enforcement from buildings surrounding the Citibank, which I have reviewed, the robber exits the Citibank and runs westbound on Monroe Street. On the video, the robber is wearing white shoes, dark-colored pants, a blue jacket with white fur on the collar, a dark color hooded garment underneath the jacket with the hood on, and a black drawstring backpack. The surveillance image further shows the black drawstring back pack has white writing on the outside. According to the surveillance video, the robber continues to run westbound on Monroe Street and takes a left going southbound on Wabash Avenue.



23. Surveillance images from the building located at 134 South Wabash Avenue captured the robber running southbound on Wabash Avenue and up the staircase leading to the elevated train platform of the Chicago Transit Authority ("CTA") located at the intersection of Adams Street and Wabash Avenue.

24. A review of surveillance images from CTA shows the robber running up the staircase and swiping what appears to be a CTA transit card at the turnstile. On the video, the robber is wearing white shoes, dark-colored pants, a blue jacket with white fur on the collar, a dark color hooded garment underneath the jacket with the hood on, and a black drawstring backpack with white writing. I compared the CTA surveillance image with the Citibank surveillance images and determined that the man in the CTA surveillance appears to be the same individual who robbed the Citibank.



25. According to records obtained from CTA, a transit card associated with the account number ending in 3968 was swiped at approximately 9:11 a.m. at the Wabash/Adams CTA station. A review of the CTA account ending in 3968 shows that the account holder is KENNETH JONES with a date of birth March X, 19XX.

26. According to the Illinois driver's license of JONES, JONES is approximately 5'9" in height and 195 pounds and has the same date of birth as that listed in JONES' CTA transit account. I have reviewed the driver's license photograph of JONES as well as booking photographs of JONES taken from his prior arrest by law enforcement. The individual depicted in those photographs appears to be the same individual depicted in the Citibank surveillance images of the robber, as well as the same individual depicted in the surveillance video entering the Adams Street and Wabash Avenue CTA station shortly after the bank robbery.

27. On November 26, 2019, Teller A was shown photographs of 6 male individuals, including JONES. The photograph of JONES shown to Teller A was

10

the same booking photograph of JONES that I compared to his driver's license. Teller A identified JONES as the robber.

## CONCLUSION

28. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about November 18, 2019, KENNETH E. JONES, by intimidation, took from the person and presence of a bank employee approximately $200 in United States currency belonging to and in the care, custody, control, management, and possession of a bank, namely, a Citibank located at 100 S. Michigan Avenue, Chicago, Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
Alexis D. Figueroa
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on December 4, 2019.

_____
Sunil R. Harjani
United States Magistrate Judge

11